UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

                                        Case Number: 8:22-cr-00407-SDM-JSS

v.

LESTER BEST, ET. AL.:

## UNOPPOSED MOTION TO CONTINUE UNTIL THE SEPTEMBER TRIAL PERIOD

Comes now, undersigned attorney Ken Eulo, and files this motion to continue Trial currently scheduled for the May trial period. As grounds, therefore, the Defendant states as follows:

1. This case has previously been continued from the February trial term, until the May Trial Term.

2. The Defendant now asks that the Court continue this case from the May trial term, until the September Trial Term.

3. The Defendant has consulted and heard from the following regarding this continuance:

   a. Candace Rich, Esq. (Government), no objection

   b. Bjorn Brunvand, Esq., no objection

    c. Matthew Luka, Esq., no objection on behalf of Co-Def. Andrea Mitchell

    d. David Hardy, Esq., no objection but not specifically joining in the motion, on behalf of Co-Def. Gloria Gutierrez.

    e. Darrin Johnson, Esq., no objection

    f. Summer Goldman, Esq., no objection on behalf of Andre Wright.

    g. David Dee, Esq., no objection on behalf of Rozandra Lillie.

4. The undersigned attorney has just recently received a plea form in this case, and had a chance to sit down with Lester Best regarding the plea offer. Mr. Best is not prepared to accept the plea offer just yet, and believes he has witnesses that will be able to help in his case, whether they will help with the charges themselves, or the leadership role, are yet to be determined.

5. However, Defense counsel is requesting more time to both prepare for a potential plea, or alternatively to prepare for trial if it comes to that.

6. Undersigned counsel has spoken with the Federal Prosecutor in this case Candace Rich, who appears to be unavailable for the middle part of the summer trial period. The September trial period appears to be the period that works best for both the prosecution, the Co-Defendants, and the Defense in this matter.

7. Also, undersigned attorney is out of the state the last week of May, through the first few days of June, making a June 5th trial date a logistically difficult date to properly prepare for.

8. In summary, all parties appear to have no objection to a September trial, there is significantly more preparation that is needed by the Defense if the case ultimately does go to trial, and a June trial date would hamper Defendant's ability to properly prepare for the trial in the week leading up to a June 5th trial.

9. Therefore, the Defense respectfully asks this Court to continue this case to the September trial period at this time.

## CERTIFICATE OF SERVICE

I hereby certify that May 9th, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

(U.S. Attorney's Office)

(All Co-Defendant Attorneys)

By: / Ken R. Eulo
Ken R. Eulo
Attorney, Smith & Eulo Law Firm
1105 E. Concord St.
Orlando, FL 32803

Telephone: (407) 930-8912
Fascimile: (407) 930-8914
Email: KEulo@SmithandEulo.com