UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:22-cr-407-SDM-JSS

JEWELL JORDAN

**CARRINGTON CAPITAL MANAGEMENT'S DISCLAIMER OF INTEREST**

Carrington Capital Management ("**Carrington**"), submits this Disclaimer of Interest, and states as follows:

Carrington neither asserts nor claims any right or interest in the real property made the subject of the Court's Preliminary Order of Forfeiture (ECF No. 307), which is better described as:

> **The real property located at 1321 Foxboro Dr., Brandon, Florida 33511, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:**
>
> **Lot 30, Block 2, of HEATHER LAKES UNIT VIII, according to the map or plat thereof, as recording in Plat Book 56, Page 55, Public Records Hillsborough County, Florida.**

Any additional action taken in this cause may proceed without the participation and involvement of Carrington, and Carrington requests that it be dropped as a party to this action.

Respectfully submitted,

*/s/ W. Blair Castle*
W. Blair Castle, Esq.
Florida Bar No. 1031504
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
T: (813) 559-5527 | F: (813) 229-5946
Primary email: bcastle@bradley.com
Secondary email: jbrandt@bradley.com
*Counsel for Carrington Capital Management*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via U.S. Mail on August 31, 2023, to the following:

James A. Muench
Assistant United States Attorney
400 North Tampa Street
Suite 3200
Tampa, Florida 33602

Clerk of Court
United States District Court
Middle District of Florida
Sam M. Gibbons Courthouse
801 North Florida Avenue
Tampa, FL 33602

Bjorn Erik Brunvand
Bjorn E. Brunvand, PA
615 Turner St
Clearwater, FL 33756

*/s/ W. Blair Castle*
Attorney

**Blair Castle**
Associate
bcastle@bradley.com
813.559.5548 direct



SEP 5 2023 PM 1:50
FILED - USDC - FLMD - TPA

August 31, 2023

Clerk of Court
United States District Court
Middle District of Florida
Sam M. Gibbons Courthouse
801 North Florida Avenue
Tampa, FL 33602

RE: United States v. Jewell Jordan, Case No. 8:22-cr-407-SDM-JSS; Disclaimer of Interest

Dear Clerk of Court:

This firm represents Carrington Capital Management ("Carrington"). Carrington received a Notice of Forfeiture directed to it that was entered in the above-styled case. Since Carrington claims no interest in the forfeited property, and is not otherwise a party to the case, please find enclosed Carrington's Disclaimer of Interest for entry on the Court's docket.

Please contact me with any questions.

Sincerely,

/s/ Blair Castle

Blair Castle

Copies to:
James A. Muench
Bjorn Erik Brunvand