UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:22-cr-407-SDM-JSS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEWELL JORDAN,

    Defendant.
_____/

## VERIFIED PETITION

Florida Green Finance Authority and its Program Administrator, Renew Financial Group LLC (collectively the "Petitioners"), pursuant to Federal Rule of Criminal Procedure Rule 32.2(c) and 21 U.S.C. §853(n) state:

Petitioners claim an interest in the parcel of real property located in Hillsborough County and described in the Notice of Forfeiture and preliminary Order of forfeiture [D.E. 307] (hereinafter referred to as the "Property") as follows:

Florida Statute §163.08, the Property Assessed Clean Energy Act (the "PACE Act"), "provides for issuance of bonds to finance the retrofitting of existing improved properties with qualifying improvements for energy conservation, renewable energy, clean energy, and hurricane protection." *Fla. Bankers Ass'n v. Fla. Dev. Fin. Corp.*, 176 So. 3d 1258, 1261 (Fla. 2015). Under this program, "participating property owners enter into financing agreements to provide for repayment of the cost of the improvements by way of voluntary non-ad valorem assessments imposed upon the benefitted property." *Id.* The PACE Act requires that any financing agreement entered into pursuant to this section or a summary memorandum of such agreement:

> be recorded in the public records of the county within which the property is located by the sponsoring unit of local government....The recorded agreement shall provide constructive notice that the assessment to be levied on the property

constitutes a lien of equal dignity to county taxes and assessments from the date of recordation.

On October 11, 2018, a Memorandum of Pace Financing Agreement evidencing a financing agreement i/o/a of $13,280.69 for the installation of wind resistant shingles to the Property located at 1321 Foxboro Dr, Brandon, FL 33511 owned by Jewell V. Best-Jordan, was recorded in the Official Records of Hillsborough County as Instrument No. 2018416023 (the "PACE Memo"), a copy of which is attached. This financing, which is memorialized and secured by the recording of the PACE Memo, is administered by and through Renew Financial Group LLC. At the time that the PACE Memo was recorded, the Petitioners did not know and were reasonably without cause to believe that the Property was subject to forfeiture. As reflected on the face of the PACE Memo, the Florida Green Financing Authority, as the sponsoring unit of local government, gave the statutory notice required by Fla. Stat. §163.08(8) as to its interest in the Property—an assessment that constitutes a lien of equal dignity to county taxes and assessments from the date of recordation. Payments for this assessment are made to the Hillsborough County Tax Collector through the Property's annual property tax bill. Consistent with the Verified Petition of the Hillsborough Tax Collector [D.E. 327], and pursuant to the laws of Florida, Petitioners seek payment of this non-ad valorem assessment owing to Florida Green Finance Authority. As of the forfeiture date of August 10, 2023 the balance is $9,032.25.

## VERIFICATION

I, Shausta Merrill, as Senior Vice President of Renew Financial Group LLC, declare under penalty of perjury that the foregoing allegations in this Verified Petition are based upon information obtained from the records of Renew Financial Group LLC, and that everything contained herein is true and correct to the best of my knowledge and belief.

Renew Financial Group LLC

By: Shausta Merrill
Title: Senior Vice President

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Verified Petition has been mailed via federal express this 22nd day of September, 2023, to: The Clerk of Court for the United States District Court Middle District of Florida, Sam M. Gibbons Courthouse 801 North Florida Avenue, Tampa, FL 33602 and United States Attorney for the Middle District of Florida James A. Muench, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

By:/s/ Jessica B. Reyes
LAUDY LUNA, ESQ.
Florida Bar No. 44544
JESSICA B. REYES, ESQ.
Florida Bar No. 56894
**CRL LAW GROUP**
*Counsel for Florida Green Finance Authority and Renew Financial Group LLC as Program Administrator for the Florida Green Finance Authority*
2655 S Le Jeune Rd, Suite 804
Coral Gables, FL 33134
T: (786) 332-6787
F: (786) 204-0687
primary: jbr@crllawgroup.com
secondary: admin@crllawgroup.com;
ll@crllawgroup.com

INSTRUMENT#: 2018416023 BK: 26135 PG: 1540 PGS: 1540 - 1542 10/11/2018 at 04:25:49 PM, DEPUTY CLERK:HHOUSTON Pat Frank,Clerk of the Circuit Court Hillsborough County

Case 8:22-cr-00040-SDM-TSG Document 347 Filed 09/26/23 Page 4 of 6 PageID 1008

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

Renew Financial Group LLC
1620 E. Roseville Parkway, Suite 240
Roseville, CA 95661

---

(Space above reserved for recorder)

## MEMORANDUM OF PACE FINANCING AGREEMENT
Parcel Number: 072310-5672

**NOTICE IS HEREBY GIVEN** that:
Pursuant to the requirements of Section 163.08 Florida Statutes, the Florida Green Finance Authority hereby gives notice that a non ad-valorem assessment has been levied against the
Property described below pursuant to a Financing Agreement (the "Financing Agreement") entered into by Property Owner(s) Jewell Best; Renew Financial Group LLC ("Renew Financial"); and the Florida Green Finance Authority on 10-08-2018 07:37 PM UTC.

The Financing Agreement facilitates the financing of renewable energy system(s), energy efficiency improvements, wind resistance improvements, and/or other improvements specifically permitted by Florida law, and the collection of the repayment obligation through a non-ad valorem assessment on the Property Owner's property tax bill. This recorded memorandum of Property Assessed Clean Energy ("PACE") Financing Agreement shall provide constructive notice that the assessment to be levied on the Property constitutes a lien of equal dignity to county taxes and assessments from the date of recordation.

QUALIFYING IMPROVEMENTS FOR ENERGY EFFICIENCY, RENEWABLE ENERGY, OR WIND RESISTANCE.—The property is located within the jurisdiction of a PACE local government that has placed an assessment on the property pursuant to Section 163.08, Florida Statutes. The assessment is for a qualifying improvement to the property relating to energy efficiency, renewable energy, or wind resistance.

The Financing Agreement is exempt from Florida's excise tax on documents under Section 201.24, Florida Statutes, and Florida Administrative Code Rule 12B-4.002(3)(a).

The Property along with the Improvements and the financing that is the subject of the Financing Agreement are described in Exhibit A attached hereto.

AUTHORITY: Florida Green Finance Authority
By: Renew Financial Group LLC, as Program Administrator

*/s/ Amanda Richardson*

Name: Amanda Richardson
Title: Authorized Signatory
Date: 10-08-2018 07:37 PM UTC

Memorandum of PACE Financing Agreement
Version 3.0 08-09-2018

Application ID: FL-00127949
Created: 10-08-2018 07:37 PM UTC

1

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Placer_____)

On __10/09/2018_____ before me, ___Eloina Perez Notary Public_____
(insert name and title of the officer)

personally appeared __Amanda Richardson_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____        (Seal)

ELOINA PEREZ
Notary Public - California
Placer County
Commission # 2238827
My Comm. Expires Apr 20, 2022

# EXHIBIT A
# DESCRIPTION OF PROPERTY, IMPROVEMENTS AND FINANCING

## Description of Property

| | |
|---|---|
| Application ID: | FL-00127949 |
| Property Owner 1 Name: | Jewell Best |
| Property Address: | 1321 Foxboro Dr, Brandon, FL 33511 |
| County: | Hillsborough |
| Municipality: | Brandon |
| Parcel Number: | 072310-5672 |
| Property Legal Description: | A PARCEL OF LAND LOCATED IN THE STATE OF FL, COUNTY OF HILLSBOROUGH, WITH A SITUS ADDRESS OF 1321 FOXBORO DR, BRANDON FL 33511-6255 C059 CURRENTLY OWNED BY BEST-JORDAN JEWELL V HAVING A TAX ASSESSOR NUMBER OF 072310-5672 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS HEATHER LAKES UNIT VIII LOT 30 BLOCK 2 AND DESCRIBED IN DOCUMENT NUMBER 14177-162 DATED 08/20/2004 AND RECORDED 08/30/2004. |

## Description of Improvements

**Wind-Resistant Shingles**

## Description of Financing:

| | |
|---|---|
| Financed Amount: | $13,280.69 |
| Term of Financed Amount: | 10 Years |
| For questions contact: | Renew Financial<br>info@renewfinancial.com / 844-RENEWFI (844-736-3934)<br>1620 E. Roseville Parkway, Suite 240,<br>Roseville, CA 95661 |